UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REBECCA KORWIN, *et al.* | Case No. 5:23-cv-01124 |
| Plaintiffs | Judge Sara Lioi |
| *v.* | |
| STATE FARM FIRE & CAS. CO. | |
| Defendant | |

## MOTION FOR DEFAULT JUDGMENT

### I. MOTION & RELIEF REQUESTED

Under FED. R. CIV. P. 55(b)(2), Plaintiffs Rebecca & Douglas Korwin move for a default judgment against Defendant State Farm Fire & Casualty Company.

### II. STATEMENT OF THE CASE & FACTS

On June 5, 2023, the Korwin Plaintiffs filed their *Complaint* against Defendant State Farm.  *See* ECF #1.  The following day, the Clerk's Office issued *Original Summons* to counsel for service upon the defendant at its headquarters and principal place of business, One Farm State Farm Plaza, Bloomington, Illinois 61710.  *See* ECF #2.  On June 6, 2023, counsel sent the *Summons* and *Complaint* to the defendant by certified mail.  *See* Exhibit A, Declaration of Lisa Yusko, ¶2; *see also* Exhibit B, U.S. Postal Certified Mail Receipt.  Service was perfected on June 13, 2023, when Mike Hoback signed the receipt of certified mail delivery on behalf of State Farm.  *See* Exhibit C, Certified Mail Delivery Return Receipt (previously filed with this Court at ECF #5).

### III. LAW & ARGUMENT

Under FED. R. CIV. P. 12(a)(1)(A)(i), State Farm was required to serve its answer within 21 days after service; *i.e.,* on or before July 5, 2023.  State Farm is now a month in default.  Under FED. R. CIV. P. 55(b)(2), this Court should now enter a default judgment against State Farm and hold a hearing to determine the amount of damages.  *See, e.g.,*

1

*Chicago Sweeteners, Inc. v. Kantner Group, Inc.,* N.D. Ohio No. 3:08-CV-1928, 2009 WL 1707927 (June 17, 2009), at *2-3 (reciting procedure for entering default judgment), *quoting Trimble v. U.S. Dept. of Agriculture,* 87 F. Appx. 456, 457-58 (6th Cir. 2003) (concluding complaint sent by certify mail to defendant's business address satisfies due process for default purposes).

### IV. CONCLUSION

The Court should find State Farm in default and schedule a telephone conference to set a hearing on damages and discuss the entry of a default judgment.

> Respectfully submitted,
>
> s/ Drew Legando
> Drew Legando (0084209)
> Merriman Legando Williams & Klang, LLC
> 1360 West 9th Street, Suite 200
> Cleveland, Ohio 44113
> T. (216) 522-9000
> F. (216) 522-9007
> E. drew@merrimanlegal.com
>
> *Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

A copy of this motion is being sent by Certified Mail to State Farm Fire & Casualty Co., One State Farm Plaza, Bloomington, Illinois 61710, on August 2, 2023.

> s/ Drew Legando
> Drew Legando (0084209)