## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA KORWIN, et al., | ) | CASE NO. 5:23-cv-1124 |
| | ) | |
| | ) | |
| PLAINTIFFS, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM OPINION** |
| STATE FARM FIRE & | ) | **AND ORDER** |
| CASUALTY COMPANY, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

Counsel having advised the Court that the case has settled, this case hereby is dismissed with prejudice. Any and all releases, agreements, or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before October 16, 2024.

This case is hereby closed.

**IT IS SO ORDERED**.

Dated: September 16, 2024

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**